# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

SANDERS WALTER HOLMES

WARRANT FOR ARREST

CASE NUMBER: CR 00-390 B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SANDERS WALTER HOLMES** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**July 20, 2007   New Orleans, Louisiana**
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dkd
___ CRmDep
___ Doc. No.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 7-20-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-20-07 | Ryman K.L. DUSM | Ryman K.L. |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA  2007 JUL 25 PM 3:38  LORETTA G. WHYTE CLERK*

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

RECEIVED UNITED STATES [ILLEGIBLE]
2007 JUL 20 PM 3: 25
EASTERN DISTRICT OF LOUISIANA

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2007 JUL 19 PM 4: 08
LORETTA G. WHYTE CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** SANDERS WALTER HOLMES   **Case Number:** 053L 2:00CR00390-001B

**Name of Sentencing Judicial Officer:** Honorable Ivan L. R. Lemelle

**Offense:** 18 U.S.C. 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence:** May 14, 2001

**Sentence:** 51 months custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Drug treatment
3. Alcohol treatment
4. Orientation and life skills

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** August 13, 2004
**Assistant U.S. Attorney:** Duane Evans   **Defense Attorney:** John H. Craft

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer     [ ] To issue a summons

For the arrest of Sanders Walter Holmes for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On May 8, 2007, Holmes was arrested by personnel of the Drug Enforcement Administration for offenses of distribution of cocaine and possession with intent to distribute cocaine. An indictment for distribution of cocaine and possession with intent to distribute cocaine has been filed in the Eastern District of Louisiana under Criminal Docket Number 07-156"A". The trial has not yet been scheduled. |

**CUSTODIAL STATUS:** Sanders Holmes is currently in federal custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 05, 2007

_____
Jeffrey D. Hurm
Senior U.S. Probation Officer

REVIEWED BY:

_____
Christy L. Waters
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**



[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7-16-07
Date

Address of Offender:   Federal Custody

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING **ONLY**:
   Original   - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**CLERK'S OFFICE**
A TRUE COPY

JUL 2 0 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING