UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-390 |
| v. | * | SECTION: "B" |
| SANDERS HOLMES | * | |

\* \* \*

**RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, through undersigned Assistant United States Attorney, and respectfully represents:

I.

Defendant, Sanders Holmes, was convicted in this Court on February 7, 2001, for violating Title 18, United States Code, Section 922(g)(1) and 924(a)(2), Possession of a Firearm By a Convicted Felon. On May 14, 2001, Holmes was sentenced to serve a fifty-one month term of imprisonment followed by a three year term of supervised release. Additionally, Holmes was ordered to pay $100.00 special assessment fee. The terms and conditions of Holmes' supervised release are set forth in the Judgment and Order Revoking Probation as well as in the Petition for Warrant or Summons for Offender Under Supervision filed on July 19, 2007. (A Copy of the

Petition for Warrant or Summons for Offender Under Supervision is attached as Exhibit 1 and incorporated by reference.)

Holmes violated the terms and conditions of his supervised release in the manner set forth in Exhibit 1.

**WHEREFORE**, the government prays that Holmes be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause on the **12th** day of **December, 2007**, at **2:00 p.m.,** 500 Poydras Street, New Orleans, Louisiana why supervised release should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


s/Frederick W. Veters, Jr.
FREDERICK W. VETERS, JR.
Assistant United States Attorney
Louisiana Bar Roll No. 23584
Hale Boggs Federal Building
500 Poydras Street, 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3073
frederick.veters@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Frederick W. Veters, Jr.
Assistant United States Attorney