Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana



### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** SANDERS WALTER HOLMES          **Case Number:** 053L 2:00CR00390-001B

**Name of Sentencing Judicial Officer:** Honorable Ivan L. R. Lemelle

**Offense:** 18 U.S.C. 922(g)(1) and 924(a)(2) - Possession of a firearm by a convicted felon

**Date of Sentence:** May 14, 2001

**Sentence:** 51 months custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Drug treatment
3. Alcohol treatment
4. Orientation and life skills

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** August 13, 2004

**Assistant U.S. Attorney:** Duane Evans           **Defense Attorney:** John H. Craft

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a    detainer          [ ] To issue a summons

For the arrest of Sanders Walter Holmes for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**            **Nature of Non-Compliance**

Mandatory Condition             On May 8, 2007, Holmes was arrested by personnel of the Drug Enforcement Administration for offenses of distribution of cocaine and possession with intent to distribute cocaine. An indictment for distribution of cocaine and possession with intent to distribute cocaine has been filed in the Eastern District of Louisiana under Criminal Docket Number 07-156"A". The trial has not yet been scheduled.

**CUSTODIAL STATUS:** Sanders Holmes is currently in federal custody.

I declare under penalty of perjury that the foregoing is true and correct.



GOVERNMENT EXHIBIT
1

Executed on: July 05, 2007

_____
Jeffrey D. Hurm
Senior U.S. Probation Officer

REVIEWED BY:

_____
Christy L. Waters
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7-16-07
Date

Address of Offender:   Federal Custody

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original        - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

CLERK'S OFFICE
A TRUE COPY

AUG 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.