UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-390 |
| v. | * | SECTION: "B" |
| SANDERS HOLMES | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Sanders Holmes appear before this Court on the **12th** day of **December**, 2007 at **2:00 p.m.** to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE