MINUTE ENTRY
AFRICK, J.
NOVEMBER 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-390 |
| SANDERS WALTER HOLMES | SECTION " B " |

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL
              X  ASSISTANT U.S. ATTORNEY DUANE EVANS  *Frederick Peters*
              X  PROBATION OFFICER  JEFFREY D. HURM
              ___ INTERPRETER _____ SWORN
                  (TIME:    .M  to    .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE:  READ  (SUMMARIZED)  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    *December 7, 2007 at 10:00AM*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    *November 28, 2007 at 2:00 p.m.*
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE IVAN L.R. LEMELLE

JS-10:  : 08

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No