

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 DEC -4  PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA          *          CRIMINAL NO. 00-390

v.                                *          SECTION: "B"

SANDERS HOLMES                    *

                          *    *    *

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Sanders Holmes appear before this Court on the **12th**

day of **December**, 2007 at **2:00 p.m.** to show cause why supervised release should not be

revoked.

New Orleans, Louisiana, this 4th day of _Dec_, 2007.

_____
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____