UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 00-390** |
| **VERSUS** | **SECTION: "B"** |
| **SANDERS HOLMES** | **VIOLATION: SUPERVISED RELEASE** |

## NOTICE OF REVOCATION HEARING

Take Notice that this criminal case has been set for a **REVOCATION HEARING** on **Wednesday, December 12, 2007 at 2:00 p.m.,** before Judge Ivan L.R. Lemelle, Courtrooom C501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: December 4, 2007

TO:

Sanders Holmes
 c/o U. S. Marshal

Sharon Stone/George Chaney
 for defendant Sanders Holmes

**If you change address,
notify the Deputy Clerk
by phone, 589-7747**

LORETTA G. WHYTE, CLERK

Issued by: Barry J. Johnson, Deputy Clerk

AUSA  Frederick Veters

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

**JUDGE LEMELLE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE