```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *      CRIMINAL NO.  00-390

        v.                      *      SECTION: "B"

SANDERS HOLMES                  *

                          *     *     *
```

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that Frederick Veters be substituted for Lynda Van Davis as counsel of record for the United States as Ms. Van Davis is no longer employed by the United States Attorney's Office.

```
                              Respectfully submitted,

                              JIM LETTEN
                              UNITED STATES ATTORNEY


                              /s Frederick W. Veters
                              FREDERICK W. VETERS
                              Assistant United States Attorney
                              Bar Roll No. 23584
                              Hale Boggs Federal Building
                              500 Poydras Street, 2nd Floor
                              New Orleans, Louisiana  70130
                              Telephone:  (504) 680-3073
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on ___December 6, 2007___, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: ___George Chaney___.

                                   s/ Frederick W. Veters
                                   FREDERICK W. VETERS
                                   Assistant United States Attorney