UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO. 00-390

    v.    *    SECTION: "B"

SANDERS HOLMES    *

    *    *    *

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Frederick W. Veters be substituted for Lynda Van Davis as counsel of record for the United States of America.

New Orleans, Louisiana this __7th__ day of __December__, 2007.

_____
UNITED STATES DISTRICT JUDGE