**MINUTE ENTRY**
**LEMELLE, J.**
**December 12, 2007**

---
**JS-10:** 0:24
---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-390** |
| **SANDERS HOLMES** | **SECTION "B" ( )** |

### REVOCATION HEARING

Courtroom Deputy:  Barry J. Johnson
Court Reporter:     Jodi Simcox

APPEARANCES:     Frederick  Veters, Asst. U.S. Attorney
                 George Chaney, Counsel for Defendant
                 Jeff Hurm, U.S. Probation Officer
                 Sanders Holmes, Defendant


Court begins 2:04 p. m.
Case called; all present and ready.
Counsel appear for the record.
Defendant stipulates to the contents of the U.S. Probation Officer's report.
Oral argument by the parties.
For reasons orally stated on the record, defendant's term of supervised release, imposed on
May 14, 2001, is hereby REVOKED.
**See Order Revoking Supervised Release.**
Defendant is remanded to the custody of the United States Marshal
Court adjourned at  2:28 p.m.