# UNITED STATES DISTRICT COURT

__EASTERN__  District of  __LOUISIANA__

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br><br>**SANDERS HOLMES** | **JUDGMENT IN A CRIMINAL CASE**<br>**(For Revocation of Probation or Supervised Release)**<br><br>Case number:  00-390 "B"<br>USM Number:  27332-034<br><br> GEORGE CHANEY, FPD, 500 Poydras St, N. O., La.  70130 <br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) of the term of supervision listed below..

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| Mandatory Condition | Convicted of possession with intent to distribute cocaine |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **COURT REPORTER:**   JODI SIMCOX | **December 12, 2007**<br>Date of Imposition of Judgment |
| **U.S. ATTORNEY:**  FREDERICK VETERS | *(signature)* |
| **PROBATION OFFICER:**  JEFFREY HURM | Signature of Judge |
| **DEPUTY CLERK:**  BARRY J. JOHNSON | **IVAN L.R. LEMELLE, UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge |
| **CERTIFIED AS A TRUE COPY**<br>**ON THIS DATE** _____ | **December 14, 2007**<br>Date |
| **BY:** _____<br>       **Deputy Clerk** | |

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 2 – Imprisonment

Judgment – Page __2__ of __2__

**DEFENDANT:  SANDERS HOLMES**
**CASE NUMBER:  00-390 "B"**

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twelve (12) months to run consecutively with sentence in Criminal Action 07-156 "A" USDC EDLA.

X    The court makes the following recommendations to the Bureau of Prisons:
    1. That the defendant be placed in a facility where there is vocational counseling or other training.
    2. That the defendant be placed in a facility located near his family.
    3. That the BOP refer to the J & C issued in Criminal Action 07-156 "A" USDC EDLA.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ noon ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2:00 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____
a _____, with a certified copy of this judgment.

    _____
    UNITED STATES MARSHAL

    BY: _____
           DEPUTY UNITED STATES MARSHAL